AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

APR 1 3 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Damian VASQUEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No. B-18-MJ-369-01<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 22, 2017__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 924(a)(1)(A) | The Defendant knowingly made a false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter, which firearm had been shipped or transported in interstate or foreign commerce to wit: one (1) DPMS Panther Arms rifle, model LR-308, caliber .308 with serial number : 140018. |

This criminal complaint is based on these facts:

On June 23, 2017, ATF Special Agents interviewed Damian VASQUEZ who confessed to making a false statement as to being the actual purchaser of the firearm on the ATF Form 4473, at Academy Sports + Outdoors, a Federal Firearms Licensee in Brownsville, Texas. VASQUEZ confessed that in truth and in fact he purchased the firearm on the behalf of Manuel LEAL.

☐ Continued on the attached sheet.

*Complainant's signature*

Adrian Cavanaugh, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/13/2018__

*Judge's signature*

City and state: __Brownsville, Texas__   Ronald G. Morgan, United States Magistrate Judge
*Printed name and title*